IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DOUGLAS D. GEORGE, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to amend the order setting conditions of release, (filing no. 15), is granted.

2) The condition of subparagraph (m) of the Order Setting Conditions of Release, which required defendant Douglas D. George to "Refrain from any possession or use of alcohol," is deleted. Instead, defendant George is required to "Refrain from any excessive consumption of alcohol."

3) In all other respects, the Order Setting Conditions of Release is unaltered and remains in effect.

DATED this 30th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge